Eddie Lee PATRICK, Jr. *v.* STATE of Arkansas

CR 03-1319                                                        138 S.W.3d 687

Supreme Court of Arkansas
Opinion delivered December 11, 2003

*Warren Law Firm*, by: *Donald E. Warren, Sr.*, for appellant.

No response.

PER CURIAM. Eddie Lee Patrick, Jr., by his attorney, has filed a motion for a rule on the clerk.

His attorney, Donald E. Warren, Sr., admits in his motion that the record was tendered more than seven months beyond the date of judgment due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.